IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 0 6 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

GREG PEARSON and wife, §
ALICE PEARSON, §
§
    Plaintiffs, §
§
VS. § CIVIL ACTION NO. SA-03-CA-0837-FB
§
HOME DEPOT U.S.A., INC. d/b/a §
HOME DEPOT, §
§
    Defendant. §

## NOTICE TO APPEAR FOR
## INITIAL PRETRIAL STATUS CONFERENCE

It appearing to the Court that issue is joined in this matter; IT IS HEREBY ORDERED that lead counsel for the plaintiffs <u>along with Greg Pearson and Alice Pearson</u>, and lead counsel for the defendant <u>along with a party representative of Home Depot U.S.A., Inc.</u>, shall appear before this Court for an initial pretrial status conference on Wednesday, February 18, 2004, at 8:30 a.m., in Courtroom 2 of the John H. Wood, Jr. United States Courthouse, 655 E. Durango, San Antonio, Texas.

All counsel, parties and/or party representatives are expected to attend the conference unless good cause is shown, by written motion within five (5) days from the date of this order, why they should not be present, and the Court excuses their attendance. Attendance by telephone is not an option. Failure on the part of any party to attend the conference without obtaining an excuse from the Court <u>prior</u> to the conference will result in an order of dismissal or default judgment to be entered in this cause against the noncomplying party.

It is so ORDERED.

SIGNED this _____6_____ day of January, 2004.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE