IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

FEB 1 2 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

GREG PEARSON and wife,           §
ALICE PEARSON,                   §
                                 §
        Plaintiffs,              §
                                 §
VS.                              §    CIVIL ACTION NO. SA-03-CA-0837-FB
                                 §
HOME DEPOT U.S.A., INC. d/b/a    §
HOME DEPOT,                      §
                                 §
        Defendant.               §

## ORDER RESETTING INITIAL PRETRIAL STATUS CONFERENCE

On January 6, 2004, this Court issued a Notice to Appear for Initial Pretrial Status

Conference and set the initial pretrial conference in this case for Wednesday, February 18, 2004,

at 8:30 a.m. However, because of a criminal trial set to begin on Tuesday, February 17, 2004,

the initial pretrial status conference must be cancelled.

Accordingly, IT IS HEREBY ORDERED that the initial pretrial status conference set in

this case for **Wednesday, February 18, 2004, is CANCELLED.** IT IS FURTHER ORDERED

that the initial pretrial status conference is **RESET** for **Wednesday, April 28, 2004, at 8:30 a.m.**

in Courtroom 2 of the John H. Wood, Jr. United States Courthouse, 655 East Durango Boulevard,

San Antonio, Texas, under the same terms and conditions and with the same parties as set forth

in the original order (docket #8).

It is so ORDERED.

SIGNED this 12th day of February, 2004.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE