IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GREG PEARSON, AND WIFE, ALICE PEARSON, Plaintiffs, | § § § § | |
| vs. | § | CIVIL ACTION NO. SA 03 CA 0837 FB |
| HOME DEPOT U.S.A., INC. D/B/A HOME DEPOT, Defendant. | § § § | |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now GREG PEARSON AND WIFE ALICE PEARSON, Plaintiffs in the above-styled cause, and respectfully moves this Honorable Court to dismiss this action with prejudice, and in support thereof would respectfully show the Court that all matters of fact and law in dispute have been satisfactorily compromised, settled and released, and accordingly, Plaintiffs no longer desire to prosecute this cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that the Court grant this motion and dismiss the above-styled cause with prejudice, with all costs to be taxed against the party incurring same.

Respectfully submitted,

BROCK & BROCK, P.C.
803 E. Mistletoe
San Antonio, Texas 78213
Telephone: (210) 733-6666
Fax: (210) 733-6893

W. Burl Brock
State Bar No. 03042500
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has this the 24 day of Nov., 2004 has been forwarded to:

R. Matt Lair
SHELTON & VALADEZ, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205

W. BURL BROCK
W. BURL BROCK

252826.1